**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6820**

———————

STEVEN WAYNE GOODMAN,

                                        Plaintiff - Appellant,

        versus

VERNON SMITH, Doctor; LONNIE SAUNDERS; ROB
BYRD; DEBORAH SWISHER; STEVE HOLLAR, Assistant
Warden of Programs at ACC; PAMELA A. SARGENT,
Assistant    Attorney    General    for    the
Commonwealth; CAPTAIN MASSEY, ACC; LIEUTENANT
DAWSON, ACC; LIEUTENANT BOYER, ACC; MR.
DAVENPORT, Counselor at ACC; MR. PETERS,
Inmate Hearing Officer of ACC; PHYLLIS BIRD,
Director of the ACC Law Library,

                                        Defendants - Appellees,

        and

ROB MARSH; JOHN DOE, I; JOHN DOE, II; JANE
DOE; UNIVERSITY OF VIRGINIA MEDICAL CENTER,

                                        Defendants.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-00-986-7)

———————

Submitted:  January 10, 2005        Decided:  January 26, 2005

———————

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Wayne Goodman, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Wayne Goodman appeals the district court's order granting summary judgment to defendants and denying Goodman's Fed. R. Civ. P. 56(f) motion for a discovery continuance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Goodman v. Smith, No. CA-00-986-7 (W.D. Va. filed Mar. 26, 2004 & entered Mar. 29, 2004). We grant Goodman's motion to exceed the page limitation and deny his motions to remand, for consolidation, and for an informal briefing schedule. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED